FILED
2019 JUN 10 PM 12: 17
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

KEVIN J. MURPHY

)
) Case No. 8:19-CV-1408-T-02AEP
) *(to be filled in by the Clerk's Office)*
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

SHERIFF BILL PRUMMELL
KELLY ENGLAND
AMBER ENGLAND

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin J. Murphy |
| Address | 8571 Sydney Avenue |
| City | North Port |
| State | Fl |
| Zip Code | 34287 |
| County | Sarasota |
| Telephone Number | 941-373-5143 |
| E-Mail Address | kmrealestate1@msn.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bill Prummell |
| Job or Title (if known) | Sheriff of Charlotte County Florida |
| Address | 7474 Utilities Road |
| City | Punta Gorda |
| State | Fl |
| Zip Code | 33982 |
| County | Charlotte |
| Telephone Number | |
| E-Mail Address (if known) | |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Kelly England |
| Job or Title (if known) | |
| Address | 418 Englewood Isles Parkway |
| City | Englewood |
| State | Fl |
| Zip Code | |
| County | Charlotte |
| Telephone Number | |
| E-Mail Address (if known) | |

[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
  Name: Amber England
  Job or Title *(if known)*:
  Address: 418 Englewood Isles Parkway
  City: Englewood   State: Fl   Zip Code:
  County: Charlotte
  Telephone Number:
  E-Mail Address *(if known)*:

  [✓] Individual capacity   [ ] Official capacity

Defendant No. 4
  Name:
  Job or Title *(if known)*:
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address *(if known)*:

  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
  False Imprisonment
  Unlawful detention
  Slander
  Liable
  Intentional Infliction of Emotional Distress

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant Prummell falsely imprisoned and detained Plaintiff based upon the sworn written and verbal statements of Defendants Kelly & Amber England. Defendant Prummell & his Sheriff's Department failed to properly investigate the complaint and if investigated should have discovered that Defendant's England's statements were knowingly false and these statements did not show evidence that Plaintiff had committed a crime under Florida law. Plaintiff was falsely arrested and later cleared by The Charlotte County State's Attorney's Office.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The events that gave rise to this action occurred in Charlotte County Florida.

B. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Plaintiff advertised his home for rent, Defendants Kelly & Amber England answered Plaintiff's ad. They came to his home, an agreement was struck. Defendant's gave Plaintiff a deposit to hold the house. Later that month Defendant's England were to pay the 1st months rent & move into the property. They did neither. When Plaintiff refused to return their deposit, as all parties had signed a non refundable agreement, Defendant's England engaged in a course of harassment of Plaintiff and then when that tactic produced no results for them they made a knowingly false report to an investigator with the Charlotte County Sheriff's Dept. Had Defendant Bill Prummell and his employee's investigated the matter and applied the law Plaintiff would not have lost his liberty. Plaintiff was arrested by The Charlotte County Sheriff's Dept. posted bond, and hired an attorney to represent him. The case was presented to The Charlotte County State's Attorney's office, they found no evidence of a crime and no filed the charge. Plaintiff was subjected to embarrassment, ridicule, and scorn. Plaintiff suffered both emotionally, physically and financially as a result of the actions of all Defendants.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks judgment against all Defendants and seeks punitive and compensatory damages of one million dollars from each Defendant, costs of this suit and any other damages that this Court finds reasonable and just.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/07/2019

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kevin J. Murphy

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
     City        State       Zip Code
Telephone Number: _____
E-mail Address: _____